[No. 22309-7-I.   Division One.   July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW E. NORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-00646-4, Lloyd W. Bever, J., entered

May 2, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Forrest, J.